IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR44 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| GUSTAVO AMBRIZ-SALDANA, | ) | |
| a/k/a Javier Fonseca-Fonseca, | ) | |
| a/k/a Sergio Saldana-Espinosa, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Filing No. 26), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Indictment against Defendant Gustavo Ambriz-Saldana only.

IT IS ORDERED that the Motion to Dismiss the Indictment (Filing No. 26) is granted.

Dated this 27th day of April, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge